FORM 8A. Entry of Appearance                                       Form 8A (p.1)
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### ENTRY OF APPEARANCE

**Case Number:**

**Short Case Caption:** In re Charter Communications, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Charter Communications, Inc.

| **Principal Counsel:** Daniel Reisner | Admission Date: 04/22/2003 |
|---|---|
| Firm/Agency/Org.: Arnold & Porter Kaye Scholer LLP | |
| Address: 250 West 55th Street, New York, New York 10019 | |
| Phone: (212) 836-8000 | Email: daniel.reisner@arnoldporter.com |
| **Other Counsel:** Elizabeth A. Long | Admission Date: 4/15/2003 |
| Firm/Agency/Org.: Arnold & Porter Kaye Scholer LLP | |
| Address: 250 West 55th Street, New York, New York 10019 | |
| Phone: (212) 836-8000 | Email: elizabeth.long@arnoldporter.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/16/23            Signature: /s/ Daniel Reisner

                         Name:      Daniel Reisner

FORM 8A. Entry of Appearance                                      Form 8A (p.2)
                                                                  July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Melissa A. Brown | Admission Date: 6/13/2023 |
|---|---|
| Firm/Agency/Org.: Arnold & Porter Kaye Scholer LLP | |
| Address: 250 West 55th Street, New York, New York 10019 | |
| Phone: (212) 836-8000 | Email: melissa.brown@arnoldporter.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

# CERTIFICATE OF SERVICE

I certify that on June 16, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.

I further certify that on June 16, 2023, I caused a copy of the foregoing to be served on the following counsel of record and district court judge by Federal Express and by electronic mail at the following addresses:

Darlene F. Ghavimi
Matthew A. Blair
**K&L Gates, LLP**
2801 Via Fortuna, Suite 650
Austin, TX 78746
Tel.: (512) 482-6800
Darlene.Ghavimi@klgates.com
matthew.blair@klgates.com

James A Shimota
George C Summerfield
Jason A Engel
Katherine L. Allor
Samuel P. Richey
**K&L Gates, LLP**
70 West Madison Street, Suite 3100
Chicago, IL 60602
Tel.: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com
george.summerfield@klgates.com
jason.engel@klgates.com
katy.allor@klgates.com
samuel.richey@klgates.com

Connor J. Meggs
**K&L Gates, LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Tel.: (310) 552-5031
connor.meggs@klgates.com

Peter E. Soskin
**K&L Gates, LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: 415-882-8046
Fax: 415-882-8220
peter.soskin@klgates.com

Nicholas F. Lenning
Courtney Neufeld
**K&L Gates, LLP**
925 Fourth Ave., Suite 2900
Seattle, WA 98104
Tel.: (206) 623-7580
Fax: (206) 623-7022
nicholas.lenning@klgates.com
courtney.neufeld@klgates.com

Andrea Leigh Fair
Jack Wesley Hill
**Ward, Smith & Hill, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Tel.: (903) 757-6400
Fax: (903) 757-2323
andrea@wsfirm.com
wh@wsfirm.com

Kenneth H. Bridges
**Bridges IP Consulting**
2113 19th Ave S
Nashville, TN 37212
Tel.: (615) 973-9478
bridgesip@icloud.com

*Counsel for Plaintiff-Respondent*
*Entropic Communications, LLC*


Hon. Rodney Gilstrap
U.S.D.C. – Eastern District of Texas
Sam B. Hall, Jr. Federal Building and United States Courthouse
100 East Houston Street
Marshall, Texas 75670
Tel.: (903) 935-3868
Fax: (903) 935-2295


Dated: June 16, 2023                              */s/ Daniel Reisner*