NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In re: CHARTER COMMUNICATIONS, INC.,**
*Petitioner*

_____

2023-136

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:22-cv-00125-JRG, Chief Judge J. Rodney Gilstrap.

_____

**ON PETITION**

_____

Per Curiam.

**O R D E R**

Charter Communications, Inc. submits a petition for a writ of mandamus directing the United States District Court for the Eastern District of Texas to dismiss this case for improper venue pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure.

Upon consideration thereof,

It Is Ordered That:

Entropic Communications, LLC is directed to respond to the petition no later than seven days from the date of

filing of this order. Any reply in support of the petition is due no later than three days thereafter.

FOR THE COURT

<u>June 20, 2023</u>        <u>/s/ Jarrett B. Perlow</u>
    Date                Jarrett B. Perlow
                           Acting Clerk of Court