FORM 9. Certificate of Interest                                  Form 9 (p. 1)
                                                                  March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 23-136

**Short Case Caption** In re Charter Communications, Inc.

**Filing Party/Entity** Charter Communications, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/16/2023        Signature: /s/ Daniel Reisner

                         Name: Daniel Reisner

FORM 9. Certificate of Interest    Form 9 (p. 2)
March 2023

| 1. Represented Entities.<br>Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest.<br>Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders.<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Charter Communications, Inc. | | Liberty Broadband Corporation |

☐  Additional pages attached

FORM 9. Certificate of Interest											Form 9 (p. 3)
											March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable   ☐ Additional pages attached

| David Benyacar (Arnold & Porter) | Albert Boardman (Arnold & Porter) | Deron R. Dacus (The Dacus Firm, PC) |
|---|---|---|
| Amy L. DeWitt (Arnold & Porter) | Michael Lynn (Arnold & Porter) | Palak M. Parikh (Arnold & Porter) |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable   ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

FORM 9A. Notice of Related Case Information                    Form 9A (p. 1)
                                                                March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-136

**Short Case Caption** In re Charter Communications, Inc.

**Filing Party/Entity** Charter Communications, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. See Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Entropic Comms., LLC v. Charter Comms., Inc., No. 2:23-CV-00050-JRG (E.D. Tex.)
Entropic Comms., LLC v. Charter Comms., Inc., 2:23-CV-00051-JRG (E.D. Tex.)
Entropic Comms., LLC v. Charter Comms., Inc., 2:23-CV-00052-JRG (E.D. Tex.)
Touchstream Technologies, Inc. v. Charter Comms., Inc., et al., 2:23-cv-00059-JRG (consolidated member case of lead case 23-cv-00060) (E.D. Tex.)

☐    Additional pages attached

FORM 9A. Notice of Related Case Information                                    Form 9A (p. 2)
                                                                                  March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Charter Communications, Inc.
> Entropic Communications, LLC
> Touchstream Technologies, Inc.

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Arnold & Porter Kaye Scholer LLP (David Benyacar, Albert Boardman, Melissa Brown, Amy L. DeWitt, Dina Hayes, Elizabeth Long, Daniel Reisner, Robert Stout)
> Winston & Strawn (Krishnan Padmanabhan, Saranya Raghavan)
> The Dacus Firm, PC (Deron R. Dacus)
> Shook Hardy & Bacon LLP (Michael W. Gray)
> K&L Gates, LLP (James A Engel, Darlene Ghavimi, George Summerfield, James A. Shimota, Melissa Haulcomb, Peter Soskin)
> Ward, Smith & Hill, PLLC (Andra L. Fair, Jack Wesley Hill)
> Bridges IP Consulting (Kenneth H. Bridges)

☐   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/16/2023                          Signature:   /s/ Daniel Reisner

                                          Name:        Daniel Reisner

# CERTIFICATE OF SERVICE

I certify that on June 27, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.

I further certify that on June 16, 2023, I caused a copy of the foregoing to be served on the following counsel of record and district court judge by Federal Express and by electronic mail at the following addresses:

Darlene F. Ghavimi
Matthew A. Blair
**K&L Gates, LLP**
2801 Via Fortuna, Suite 650
Austin, TX 78746
Tel.: (512) 482-6800
Darlene.Ghavimi@klgates.com
matthew.blair@klgates.com

James A Shimota
George C Summerfield
Jason A Engel
Katherine L. Allor
Samuel P. Richey
**K&L Gates, LLP**
70 West Madison Street, Suite 3100
Chicago, IL 60602
Tel.: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com
george.summerfield@klgates.com
jason.engel@klgates.com
katy.allor@klgates.com
samuel.richey@klgates.com

Connor J. Meggs
**K&L Gates, LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Tel.: (310) 552-5031
connor.meggs@klgates.com

Peter E. Soskin
**K&L Gates, LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: 415-882-8046
Fax: 415-882-8220
peter.soskin@klgates.com

Nicholas F. Lenning
Courtney Neufeld
**K&L Gates, LLP**
925 Fourth Ave., Suite 2900
Seattle, WA 98104
Tel.: (206) 623-7580
Fax: (206) 623-7022
nicholas.lenning@klgates.com
courtney.neufeld@klgates.com

Andrea Leigh Fair
Jack Wesley Hill
**Ward, Smith & Hill, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Tel.: (903) 757-6400
Fax: (903) 757-2323
andrea@wsfirm.com
wh@wsfirm.com

Kenneth H. Bridges
**Bridges IP Consulting**
2113 19th Ave S
Nashville, TN 37212
Tel.: (615) 973-9478
bridgesip@icloud.com

*Counsel for Plaintiff-Respondent*
*Entropic Communications, LLC*


Hon. Rodney Gilstrap
U.S.D.C. – Eastern District of Texas
Sam B. Hall, Jr. Federal Building and United States Courthouse
100 East Houston Street
Marshall, Texas 75670
Tel.: (903) 935-3868
Fax: (903) 935-2295


Dated: June 27, 2023　　　　　　　　　　　　　　　*/s/ Daniel Reisner*