| | |
|---|---|
| **FORM 9A. Notice of Related Case Information** | **Form 9A (p. 1)**<br>**March 2023** |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-136
**Short Case Caption** In re: Charter Communications, Inc.
**Filing Party/Entity** Entropic Communications, LLC

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Entropic Comms., LLC v. Charter Comms., Inc., 2:23-CV-00050-JRG (E.D. Tex.)
Entropic Comms., LLC v. Charter Comms., Inc., 2:23-CV-00051-JRG (E.D. Tex.)
Entropic Comms., LLC v. Charter Comms., Inc., 2:23-CV-00052-JRG (E.D. Tex.)

☐    Additional pages attached

FORM 9A. Notice of Related Case Information                               Form 9A (p. 2)
                                                                            March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---
Entropic Communications, LLC

Charter Communications, Inc.

---

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---
Arnold & Porter Kaye Scholer LLP (David Benyacar, Albert Boardman, Melissa Brown, Amy DeWitt, Dina Hayes, Elizabeth Long, Daniel Reisner, Robert Stout)

Winston & Strawn (Krishnan Padmanabhan, Saranya Raghavan)

The Dacus Firm, PC (Deron Dacus)

K&L Gates LLP (Jason Engel, Darlene Ghavimi, George Summerfield, James Shimota, Melissa Haulcomb, Peter Soskin)

Ward, Smith & Hill, PLLC (Andrea Fair, Wesley Hill)

Bridges IP Consulting (Kenneth Bridges)

---

☐   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/27/2023                              Signature:  /s/ James A. Shimota

                                              Name:       James A. Shimota